THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH MATTHEWS, Appellant. [643 NYS2d 446] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVINA V. GARRETT, Appellant. [643 NYS2d 442] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER C. D., Appellant. [643 NYS2d 446] —Adjudication unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Adjudication of Genesee County Court, Morton, J.—Youthful Offender.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.